IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ARTHUR T. GRIFFIN JR.,

                 Petitioner,

     vs.

MICHEAL-MEYERS,

                 Respondent.

**8:23CV130**

**MEMORANDUM AND ORDER**

Petitioner filed a Petition for Writ of Habeas Corpus, Filing No. 1, and a Motion for Leave to Proceed in Forma Pauperis, Filing No. 2.  Habeas corpus cases attacking the legality of a person's confinement require the payment of a $5.00 filing fee.  28 U.S.C. § 1914(a).  However, after considering Petitioner's financial status as shown in the records of this Court (*see* inmate trust account statement at Filing No. 6), leave to proceed in forma pauperis will be granted and Petitioner is relieved from paying the filing fee.  *See* 28 U.S.C. § 1915(a)(1).

IT IS THEREFORE ORDERED that:

1.     Petitioner's Motion for Leave to Proceed in Forma Pauperis, Filing No. 2, is granted.

2.     The Clerk's office is directed to send a copy of this Memorandum and Order to Petitioner at his address on file with the Court at the Douglas County Correctional Center and to the following address provided by Petitioner in Filing No. 5: Sienna Francis House Men's Shelter, 1117 North 17th Street, Omaha, NE 68102.

3.      The next step in this case is for the Court to conduct a preliminary review of the habeas corpus petition in accordance with Rule 4 of the Rules Governing Section 2254 cases.  The Court will conduct this review in its normal course of business.


Dated this 17th day of April, 2023.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge

2